# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GORDON E. KNIGHT, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-01327- ALM-AGD |
| | § | |
| ALTRUPAY, LLC, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 18, 2026, the Magistrate Judge entered a Report (Dkt. #18) recommending that Defendant AltruPay LLC's ("Defendant") Motion to Dismiss Under Rule 12(b)(1) and 12(b)(6) (Dkt. #8) be granted. The Report recommended that the following claims be dismissed without prejudice: Breach of Contract, Lanham Act, Defamation, Commercial Disparagement, Tortious Interference, and Negligence. The Report further recommended that the following claims be dismissed with prejudice: Bank Fraud Statute, Wire Fraud Act, Bank Secrecy Act, CFPA, Executive Order 14161, and FARA. The Report finally recommended that this case be dismissed. No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's Motion to Dismiss Under Rule 12(b)(1) and 12(b)(6) (Dkt. #8) is **GRANTED**. It is further **ORDERED** that the following claims are **DISMISSED** without prejudice: Breach of Contract, Lanham Act, Defamation, Commercial Disparagement, Tortious Interference, and Negligence. It is further **ORDERED** that the following claims are **DISMISSED** with prejudice: Bank Fraud Statute, Wire Fraud Act, Bank Secrecy Act, CFPA, Executive Order 14161, and FARA. It is finally **ORDERED** that Plaintiff's case is **DISMISSED**.

**IT IS SO ORDERED.**

**SIGNED this 21st day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE